```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 02095
   DANIAL R HARTGE
   ANGELA S HARTGE                             CHAPTER 13

                                               JUDGE: JACQUELINE P COX
        Debtor
   SSN XXX-XX-6488    SSN XXX-XX-5831

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 01/24/2005 and was confirmed 03/28/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  39.63% from remaining funds.

     The case was paid in full 09/10/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                            PAID        PAID
--------------------------------------------------------------------------
TIDEWATER MOTOR CREDIT     SECURED          5000.00        610.72     5000.00
TIDEWATER MOTOR CREDIT     UNSECURED        5123.21           .00     2030.38
TRANSOUTH FINANCIAL        SECURED          4350.00        531.32     4350.00
TRANSOUTH FINANCIAL        UNSECURED        4267.97           .00     1691.44
KOMYATTE & FREELAND        UNSECURED          44.20           .00       17.52
COMMUNITY HOSPITAL PATIE   UNSECURED         106.00           .00       42.01
DANIEL J RAK DDS           UNSECURED       NOT FILED          .00         .00
HAMMOND CLINIC             UNSECURED       NOT FILED          .00         .00
HELLER & FRISONE~          NOTICE ONLY     NOT FILED          .00         .00
TRANSOUTH FINANCIAL        UNSECURED       NOT FILED          .00         .00
JC PENNEY                  UNSECURED       NOT FILED          .00         .00
MCI RESIDENTIAL SERVICES   UNSECURED       NOT FILED          .00         .00
RICHARD KOMYATTE & ASSOC   UNSECURED          280.00          .00      110.97
TCF NATIONAL BANK          UNSECURED          640.17          .00      253.71
*JOHN C DENT               DEBTOR ATTY      2,300.00                 2,300.00
TOM VAUGHN                 TRUSTEE                                   1,044.29
DEBTOR REFUND              REFUND                                         .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE            17,982.36

PRIORITY                                         .00
SECURED                                     9,350.00
    INTEREST                                1,142.04
UNSECURED                                   4,146.03
ADMINISTRATIVE                              2,300.00
TRUSTEE COMPENSATION                        1,044.29
DEBTOR REFUND                                    .00
                   ---------------       ---------------

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 02095 DANIAL R HARTGE & ANGELA S HARTGE
```

TOTALS                                 17,982.36            17,982.36

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 11/27/07                     /s/ Tom Vaughn
                                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE